UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA S.,[1]<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 22cv1880-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>**[ECF NO. 10]** |

On February 13, 2023, the parties filed a "Joint Motion for a 60-Day Extension for Defendant to File Certified Administrative Record and Answer." (ECF No. 10.) They ask the Court to continue Defendant's deadline to file the Certified Administrative Record ("CAR") and answer Plaintiff's Complaint from February 13, 2023, to April 14, 2023. (Id. at 1–2.) In support, the parties explain the Office of Appellate Operations, which handles preparation of CARs, needs more time before the CAR in this case is properly filed. (Id. at 2.)

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

Having reviewed the joint motion and finding good cause, the Court **GRANTS** the motion.  Accordingly, Defendant is **ORDERED** to file the CAR in answer Plaintiff's complaint **no later than April 14, 2023.**

**IT IS SO ORDERED.**

Dated:  February 14, 2023

Honorable Michael S. Berg
United States Magistrate Judge