UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA S.,[1]<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,[2]<br><br>　　　　　　　　　　Defendant. | Case No.:  22cv1880-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

　　　　Presently before the Court is the parties' "Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" ("Joint Motion").  (ECF No. 24.)  Having considered the Joint Motion and the applicable law, the Court finds the request to be reasonable and appropriate and **GRANTS** the Joint Motion.

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."
[2] On December 20, 2023, Martin O'Malley was sworn into office as Commissioner of the Social Security Administration.  See https://www.ssa.gov/agency/commissioner/ (lasted visited on January 29, 2024).  Because Kilolo Kijakazi was the Acting Commissioner during the pendency of this lawsuit, the Court uses her name.

Accordingly, **IT IS ORDERED** that attorney fees and expenses in the amount of $3,650.00 pursuant to 28 U.S.C. § 2412(d) and costs in the amount of $402.00 pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED.**

Dated: January 29, 2024

Honorable Michael S. Berg
United States Magistrate Judge